IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW508CR000048 |
| | ) | (Financial Litigation Unit) |
| LON JONATHAN BROOKS, JR., | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| AMERICAN & EFIRD, LLC, | ) | |
| Garnishee. | ) | |

**CONSENT ORDER OF GARNISHMENT**

The parties, the United States of America, Defendant, Lon Jonathan Brooks, Jr., and Garnishee, American & Efird, LLC, agree and stipulate as follows:

1. Defendant is Lon Jonathan Brooks, Jr., Social Security Number ███-██-2179, whose last known address is:

   2362 Pineview Ln.
   Gastonia, NC 28054

2. A criminal judgment was entered in Case No. DNCW508CR000048 in the Western District of North Carolina against Defendant in this action where Lon Jonathan Brooks, Jr. was ordered to pay an assessment and restitution in the amount of $906,487.29. The parties agree and stipulate that the total balance due in this case is $881,404.26, as of July 6, 2017.

3. Garnishee has in its possession, custody or control property of Defendant in the form of wages paid to Defendant.

4. Defendant waives service of an application for a writ of continuing garnishment as required by 28 U.S.C. § 3205, and further waives his right to a hearing under said statute and any other process to which Defendant may be entitled under 28 U.S.C. § 3205, and further waives his

right to a hearing under said statute and any other process to which Defendant may be entitled under 28 U.S.C. § 3001. et. seq.

5. Garnishee waives service of an application for a writ of continuing garnishment as required by 28 U.S.C. §3205, and further waives its right to answer and waives being heard in this matter and any other process to which the garnishee may be entitled under 28 U.S.C. § 3001. et. seq.

6. Defendant agrees and stipulates that his wages are subject to garnishment under 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Consent Order in Garnishment is proper.

7. Garnishee agrees and stipulates that they are prohibited from discharging Defendant from employment by reason of the fact that his earnings have been subject to garnishment from any one indebtedness. See 15 U.S.C. § 1674.

8. The parties agree and stipulate to the entry of a Consent Order of Continuing Garnishment against the non-exempt wages of Defendant. It is expressly agreed and stipulated to by the parties that Garnishee pay Plaintiff twenty-five percent of Defendant's earnings which remain after all deductions required by law have been withheld and one hundred percent of all 1099 payments and continue said payments until the debt to Plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further Order of this Court. See 15 U.S.C. § 1673(a).

9. The parties agree and stipulate that Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

10. The garnishment payments should be made payable to the United States Clerk of Court and mailed to:

United States Clerk of Court
401 West Trade Street
Charlotte, North Carolina 28202

          Respectfully submitted,
          JILL WESTMORELAND ROSE
          UNITED STATES ATTORNEY

          */s/ Tiffany Mallory Moore*
          Tiffany Mallory Moore
          Assistant United States Attorney
          GASB# 744522
          227 West Trade Street, Suite 1650
          Charlotte, NC 28202
          Ph: 704-344-6222
          Fx: 704-227-0248
          Tiffany.Moore2@usdoj.gov

Agreed and Consented to:

_____
Lon Jonathan Brooks, Jr.
Defendant

_____
Agent for Garnishee
American & Efird, LLC

**SO ORDERED.**

          Signed:

          _____
          David S. Cayer
          United States Magistrate Judge

          8-7-17

10. The garnishment payments should be made payable to the United States Clerk of Court and mailed to:

        United States Clerk of Court
        401 West Trade Street
        Charlotte, North Carolina 28202

Respectfully submitted,
JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

---

Tiffany Mallory Moore
Assistant United States Attorney
GASB# 744522
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Ph: 704-344-6222
Fx: 704-227-0248
Tiffany.Moore2@usdoj.gov

Agreed and Consented to:

---

Lon Jonathan Brooks, Jr.
Defendant

---

Agent for Garnishee
American & Efird, LLC

**SO ORDERED.**

Signed:

---

David S. Cayer
United States Magistrate Judge

10. The garnishment payments should be made payable to the United States Clerk of Court and mailed to:

United States Clerk of Court
401 West Trade Street
Charlotte, North Carolina 28202

Respectfully submitted,
JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

_____
Tiffany Mallory Moore
Assistant United States Attorney
GASB# 744522
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Ph: 704-344-6222
Fx: 704-227-0248
Tiffany.Moore2@usdoj.gov

Agreed and Consented to:

_____
Lon Jonathan Brooks, Jr.
Defendant

_*Sandra Ewing*_____
Agent for Garnishee
American & Efird, LLC

**SO ORDERED.**

Signed:

_____
David S. Cayer
United States Magistrate Judge