IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>)<br>vs. )<br>)<br>LON JONATHAN BROOKS, JR., )<br>          Defendant, )<br>)<br>and )<br>)<br>AMERICAN & EFIRD, LLC, )<br>          Garnishee. ) | CASE NO. DNCW5:08CR48<br>(Financial Litigation Unit) |

## DISMISSAL OF CONSENT ORDER OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Consent Order of Garnishment filed in this case against the Defendant is DISMISSED.

**SO ORDERED**.

Signed: June 17, 2022

_____
David S. Cayer
United States Magistrate Judge