IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW5:08CR000048 |
| ) | (Financial Litigation Unit) |
| LON JONATHAN BROOKS, JR., ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MANNINGTON MILLS, INC., ) | |
| Garnishee. ) | |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against the Defendant is DISMISSED.

**SO ORDERED**.   Signed: January 24, 2023

David S. Cayer
United States Magistrate Judge